PHILIP KOERNER, Respondent, *v.* ASSOCIATED LINEN LAUNDRY SUPPLIERS, INC., Appellant.

Supreme Court, Appellate Term, First Department, June 1, 1945.

*Michael J. Shagan* and *Bernard A. Green* for appellant.

*Louis Stone* for respondent.

MEMORANDUM *Per Curiam.* The defendant was not a service establishment within the exemption of clause (2) of subdivision (a) of section 13 of the Fair Labor Standards Act of 1938 (U. S. Code, tit. 29, § 213, subd. [a], clause [2]) and plaintiff was engaged in an occupation necessary to the production of goods for commerce within the meaning of subdivision (a)

of section 7 of the Act (U. S. Code, tit. 29, § 207, subd. [a]). (*Philips* v. *Star Overall Dry Cleaning Laundry Co.*, 55 F. Supp. 238, affd. *sub. nom. Phillips* v. *Star Overall Dry Cleaning Laundry Co.*, 149 F. 2d 416.)

The judgment should be modified by striking out the interest included in recovery, and as modified affirmed, with $25 costs to respondent, and $150 attorney's fee allowed him on the appeal.

SHIENTAG, MCLAUGHLIN and HECHT, JJ., concur.

Judgment accordingly.